UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SHERRY NICHOLSON,     Plaintiff

CIVIL ACTION NO.: 4:07 CV 74TSL-LRA

DART CONTAINER CORPORATION, INC.
and DART CONTAINER COMPANY
OF MISSISSIPPI, LLC,     Defendant

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiff's Motion for Extension of Time to File Response to Defendant's Motion for Summary Judgment, and the Court after taking the Motion into consideration finds that it should be granted in part and denied in part. The Court concludes that a Fourteen (14) day extension will cause the final briefing of this motion to resolve to close to the September 15, 2008, Pre-Trail Conference. Instead the Court finds that a Ten (10) day extension of time is reasonable.

IT IS ORDERED that the Plaintiff is allowed until August 4, 2008, to file her Response to Defendant's Motion for Summary Judgment.

SO ORDERED this the 22nd day of July, 2008.

/s/Tom S. Lee
U. S. DISTRICT COURT JUDGE

SUBMITTED BY:
Clark Monroe (MSB #9810)
DunbarMonroe, P.A.
1855 Lakeland Drive, Suite P-121
Jackson, Mississippi 39216
Telephone: (601) 366-1805
Facsimile: (601) 366-1885