```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF MISSISSIPPI
                  EASTERN DIVISION
```

SHERRY NICHOLSON                                        PLAINTIFF

VS.                                  CIVIL ACTION NO.4:07CV74TSL-LRA

DART CONTAINER CORPORATION,
COMPANY OF MISSISSIPPI, LLC                            DEFENDANTS

### JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that plaintiff's compliant in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 4th day of September, 2008.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE